# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Abdul Kadir Jaiteh,** | Civil No. 07-1727 (PJS/JJG) |
| Petitioner, | |
| v. | **ORDER** |
| **Alberto Gonzales,** | |
| Respondents. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Jaiteh's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED.**

2. This ruling be **WITHOUT PREJUDICE** to Jaiteh's right to further challenge his detention in a future petition.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 14th day of May, 2008.

                                            s/Patrick J. Schiltz
                                            PATRICK J. SCHILTZ
                                            United States District Judge